UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY ANDREWS,

                Plaintiff,

                                    Case No.  09-11462

vs.

                                    HON.  GEORGE CARAM STEEH

CITY OF DETROIT, et al.

                Defendants.

_____/

## ORDER GRANTING MOTION TO COMPEL SETTLEMENT [DOC. 40]

      This matter comes before the court on plaintiff's motion to compel settlement.

Counsel for both parties appeared before the court on March 23, 2011 and agreed to the

factual allegations in plaintiff's motion.  A settlement in the amount of $90,000 was

negotiated in November 2010, and confirmed by the City of Detroit's law department on

December 7, 2010.  However, the plaintiff did not receive confirmation that the

settlement had been presented to City Council, nor did plaintiff receive a settlement

check, prompting the filing of the present motion on February 8, 2011.

      At the hearing, the court was informed that the settlement has now been approved

by City Council, and that the City's Finance Office needs tax information from plaintiff's

counsel in order to issue the settlement check.  Plaintiff's counsel provided the requested

information to the City within an hour of the request being made.  Now, therefore,

      IT IS HEREBY ORDERED that plaintiff's request for entry of judgment in the

amount of $90,000.00 is GRANTED.

      IT IS HEREBY FURTHER ORDERED that attorney fees in the amount of $500.00

are to be added to the amount of the judgment, for a total judgment of $90,500.00.

IT IS HEREBY FURTHER ORDERED that if the judgment is not paid as of April 11, 2011, the judgment is to be amended to include interest from February 1, 2011 until entry of the judgment, and judgment interest thereafter.  In addition, a penalty of $100 per week will be added to the judgment amount commencing on April 11, 2011 until the judgment is paid.

When all sums identified in this order have been satisfied by defendant City of Detroit, the judgment will be set aside and dismissed with prejudice and without costs.

So ordered.

Dated:  March 24, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 24, 2011, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk

2